**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Case No. 25-cr-150** |
| | : | |
| **MALIK BYNUM, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### DEFENDANT MALIK BYNUM'S MOTION TO JOINT, ADOPT AND CONFORM MOTION TO EXCLUDE OPINION TESTIMONY BY LAY WITNESSES

Defendant Malik Bynum, through undersigned counsel, respectfully moves this Court to allow him to join, adopt, and conform the pre-trial motion to exclude opinion testimony by lay witnesses filed by his co-defendant, Mark Anthony Fletcher. ECF Dkt. No. 37. The motion filed by Mr. Fletcher seeks to exclude any testimony, including that of members of the Metropolitan Police Department (MPD), identifying an individual seen on surveillance video as being Mr. Fletcher. Mr. Bynum seeks the same relief as to any proposed testimony identifying an individual seen on surveillance video as being Mr. Bynum.

Mr. Bynum expects the government may seek to present similar testimony. Documents produced by the government state:

Two MPD officers who had access to the CCTV video and provided it to the detectives also watched the CCTV video. Officer-1 said IT immediately recognized the individual with the ankle monitor as Mark Fletcher and the first suspect that approached the Volkswagen prior to the shooting at Malik Bynum. Officer-1 said IT has known both individuals since around 2017. Officer-1 has personally been involved with multiple stops/contacts with both individuals and has also been involved in several arrests for them. Officer-1 said the other suspect in the red sweatshirt looked familiar, but IT did not know the suspect's name at that moment. Officer-1 also said IT recognized the vehicle the suspects fled in as a Ford Fusion with a MD temporary tag of 266451T. The vehicle had been stopped in the 1300 block of Saratoga Avenue NE on May 24, 2021 and impounded pending a search warrant. Mark Fletcher was the driver of the vehicle at the time of the stop. The temporary tag on the vehicle expired in May of 2020 and no registered owner could be located.

Officer-2 said IT immediately recognized the individual with the ankle monitor as Mark Fletcher. Officer-2 said IT has known Fletcher for approximately two (2) years and IT sees Fletcher in the area at least once a week. Officer-2 also IT recognized the individual in all black as Malik Bynum. Officer-2 said IT has known Bynum for a couple of years and IT sees Bynum more than once a week in the neighborhood.

Videos produced by the government contain similar statements.  Mr. Bynum seeks to preclude any such testimony under Federal Rules of Evidence 703 and 403.  The jury must determine whether Mr. Bynum is the person depicted in the surveillance videos.  The alleged limited interactions between the officers and Mr. Bynum are insufficient to allow them to usurp the role of the jury.  Further, requiring Mr. Bynum to probe the basis of the officers' identification of Mr. Bynum, specifically based on Mr. Bynum's prior interactions with law enforcement and the criminal justice system, would place him "between the rock and the whirlpool."  ECF Dkt. No, 37 at 5-6, *citing and quoting United States v. Calhoun*, 544 2d. 291, 297 (6th Cir. 1976).

Mr. Bynum seeks the same relief requested by Mr. Fletcher, including excluding any such testimony, a hearing on the motion, and an opportunity to voir dire outside the presence of the jury any witness who will seek to identify Mr. Bynum as the person seen on surveillance videos.

Respectfully Submitted,

*Marc Eisenstein*

Marc Eisenstein
Coburn & Eisenstein PLLC
1200 G Street, NW
8th Floor
Washington, DC 20036
Phone: (703) 963-7164
Fax: (866) 561-9712
marc@coburngreenbaum.com

*Counsel to Defendant Malik Bynum*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 26, 2026, a copy of the foregoing was filed with

the Clerk of the Court using the CM/ECF system and served on all counsel of record.

*Marc Eisenstein*

Marc Eisenstein

3