**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 25-CR-150 (TSC)** |
| | : | |
| **MALIK BYNUM** | : | |

## VERDICT FORM

### COUNT TWO

With respect to the charge of unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury unanimously find the defendant Malik Bynum:

_____ Not Guilty          ____X_____ Guilty

### COUNT THREE

With respect to the charge of conspiracy to commit robbery, on or about July 2, 2021, we the jury unanimously find the defendant Malik Bynum:

_____ Not Guilty          ____X_____ Guilty

If you find the defendant Malik Bynum guilty of this Count, please indicate which overt act(s) by number as listed in the instructions that you unanimously agree were proven:

1,2,3,4,6,7,8,9,10,12

## COUNT FOUR

With respect to the charge of robbery while armed, on or about July 2, 2021, we the jury unanimously find the defendant Malik Bynum:

_____ Not Guilty          ___X_____ Guilty

## COUNT FIVE

With respect to the charge of possession of a firearm during a crime of violence or dangerous offense, that is Count Four (robbery while armed), on or about July 2, 2021, we the jury unanimously find the defendant Malik Bynum:

_____ Not Guilty          ___X_____ Guilty

## COUNT SIX

With respect to the charge of first degree felony murder while armed, on or about July 2, 2021, we the jury unanimously find the defendant Malik Bynum:

_____ Not Guilty          ___X_____ Guilty

## COUNT SEVEN

With respect to the charge of possession of a firearm during a crime of violence or dangerous offense, that is Count Six (first degree felony murder), on or about July 2, 2021, we the jury unanimously find the defendant Malik Bynum:

_____ Not Guilty       ____X____ Guilty

## SIGNATURE OF FOREPERSON

____5/26/26____        ____16:21____

Date                          Time                          Foreperson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 25-CR-150 (TSC) |
| | : | |
| MARK ANTHONY FLETCHER, III | : | |

## VERDICT FORM

### COUNT THREE

With respect to the charge of conspiracy to commit robbery, on or about July 2, 2021, we the jury unanimously find the defendant Mark Anthony Fletcher, III:

_____ Not Guilty          \_\_\_\_X\_\_\_\_ Guilty

If you find the defendant Mark Anthony Fletcher, III guilty of this Count, please indicate which overt act(s) by number as listed in the instructions that you unanimously agree were proven:

1,2,3,4,5,6,7,8,9,10,12

### COUNT FOUR

With respect to the charge of robbery while armed, on or about July 2, 2021, we the jury unanimously find the defendant Mark Anthony Fletcher, III:

_____ Not Guilty          \_\_\_\_X\_\_\_\_ Guilty

**COUNT FIVE**

With respect to the charge of possession of a firearm during a crime of violence or dangerous offense, that is Count Four (robbery while armed), on or about July 2, 2021, we the jury unanimously find the defendant Mark Anthony Fletcher, III:

_____ Not Guilty          \_\_\_\_X\_\_\_\_\_ Guilty

**COUNT SIX**

With respect to the charge of first-degree felony murder while armed, on or about July 2, 2021, we the jury unanimously find the defendant Mark Anthony Fletcher, III:

_____ Not Guilty          \_\_\_\_X\_\_\_\_\_ Guilty

**COUNT SEVEN**

With respect to the charge of possession of a firearm during a crime of violence or dangerous offense, that is Count Six (first degree felony murder), on or about July 2, 2021, we the jury unanimously find the defendant Mark Anthony Fletcher, III:

_____ Not Guilty          \_\_\_\_X\_\_\_\_\_ Guilty

## SIGNATURE OF FOREPERSON

5/26/26                    16:21

Date                       Time                              Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

    v.                           :      **Criminal No. 25-CR-150 (TSC)**

LARRY WHITE               :

## VERDICT FORM

### COUNT ONE

With respect to the charge of unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury unanimously find the defendant Larry White:

_____ Not Guilty          \_\_\_\_X\_\_\_\_ Guilty

### COUNT THREE

With respect to the charge of conspiracy to commit robbery, on or about July 2, 2021, we the jury unanimously find the defendant Larry White:

_____ Not Guilty          \_\_\_\_X\_\_\_\_ Guilty

If you find the defendant Larry White guilty of this Count, please indicate which overt act(s) by number as listed in the instructions that you unanimously agree were proven:

1,2,3,4,5,6,7,8,9,10,12

## COUNT FOUR

With respect to the charge of robbery while armed, on or about July 2, 2021, we the jury unanimously find the defendant Larry White:

_____ Not Guilty          \_\_\_\_X\_\_\_\_\_ Guilty

## COUNT FIVE

With respect to the charge of possession of a firearm during a crime of violence or dangerous offense, that is Count Four (robbery while armed), on or about July 2, 2021, we the jury unanimously find the defendant Larry White:

_____ Not Guilty          \_\_\_\_X\_\_\_\_\_ Guilty

## COUNT SIX

With respect to the charge of first degree felony murder while armed, on or about July 2, 2021, we the jury unanimously find the defendant Larry White:

_____ Not Guilty          \_\_\_\_X\_\_\_\_\_ Guilty

If you find Larry White guilty of first degree felony murder while armed, do not consider the lesser included offense of second degree murder while armed.  If you find Larry White not guilty of first degree felony murder while armed, go on to consider the lesser included offense of second degree murder while armed.

As to the lesser included offense of second degree murder while armed, we the members of the jury do hereby unanimously find the defendant Larry White:

_____ Not Guilty          _____ Guilty

## COUNT SEVEN

With respect to the charge of possession of a firearm during a crime of violence or dangerous offense, that is Count Six (first degree felony murder), on or about July 2, 2021, we the jury unanimously find the defendant Larry White:

_____ Not Guilty          \_\_\_\_X_____ Guilty

## SIGNATURE OF FOREPERSON

5/26/26          15:54          ██████████████

Date          Time          Foreperson